■ RICHARD E. NETH et al., Appellants, v SAMUEL PASTOR, Doing Business as PEPSI-COLA BOTTLING CO., et al., Respondents. — Judgment and order unanimously affirmed, without costs, on the memorandum at Trial Term, Denman, J. (Appeal from judgment and order of Supreme Court, Erie County, Denman, J. — negligence — personal injury.) Present — Doerr, J. P., Boomer, Moule and Schnepp, JJ.